MARCIA A. MORRISSEY
California State Bar No. 66921
Law Offices of Marcia A. Morrissey
11400 West Olympic Blvd., Suite 1500
Los Angeles, California 90064
Telephone: 310-399-3259
Facsimile: 310-392-9029
Email: morrisseyma@aol.com

K. ALEXANDRA McCLURE
California State Bar No. 189679
Law Office of Alexandra McClure
214 Duboce Avenue
San Francisco, CA 94103
Telephone: (415) 814-3397
Facsimile: (415) 255-8631
email: alex@alexmcclurelaw.com

Attorneys for Defendant
LUIS ROJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br>(1)  JONATHAN AGUILAR,<br>     a/k/a "Trompo,"<br>(2)  LUIS CID-SALINAS,<br>     a/k/a "Lonely," a/k/a "Lonely Boy,"<br>(3)  JUAN CARLOS GALLARDO,<br>     a/k/a "Huero,"<br>(4)  JOSUE GONZALEZ,<br>     a/k/a "Ghost," a/k/a "Fedi,"<br>(5)  ORLANDO CARLOS HERNANDEZ,<br>     a/k/a "Chisto,"<br>(6)  MICHAEL REBOLLEDO,<br>     a/k/a "Gallo,"<br>(7)  MARIO REYES,<br>     a/k/a "Shy Boy,"<br>(8)  LUIS ROJAS, | No.:  CR 18-00119 RS (JCS)<br><br>**DEFENDANT LUIS ROJAS'S MOTION TO WAIVE PERSONAL APPEARANCE AT SEPTEMBER 27, 2019 HEARING; [PROPOSED] ORDER** |

|  |  |
|---|---|
| a/k/a "Grizz," a/k/a "Grizzly," | ) |
| (9) EDDY URBINA, | ) |
| a/k/a "Rhino," | ) |
| (10) WESTON VENEGAS, | ) |
| a/k/a "Cartoon," | ) |
|  | ) |
| Defendants. | ) |

The parties are scheduled to appear before this Court on Friday September 27, 2019 at 10:00 a.m. for a status hearing in the above-captioned case.

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and with the agreement of the assigned Assistant U.S. Attorneys, Andrew Scoble and Ravi Narayan, Mr. Rojas hereby requests that his personal appearance be waived at the September 27, 2019 hearing. Mr. Rojas understands his right to be present at all court hearings in this case, and he is voluntarily waiving that right. His attorney, Alexandra McClure, will appear at the hearing on his behalf.

Respectfully submitted,

Dated: September 23, 2019

/s/
K. ALEXANDRA McCLURE
Counsel for Luis Rojas

Dated: September 23, 2019

/s/
MARCIA ANN MORRISSEY
Counsel for Luis Rojas

**ORDER**

The Defendant Luis Rojas's Motion to Waive Personal Appearance at the September 27, 2019 hearing is hereby GRANTED.

IT IS SO ORDERED.

Dated:

HON. RICHARD SEEBORG
United States District Judge